

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00541-CV

Martie Y. **GARCIA-VELA**, Individually and d/b/a The Law Office of Martie Garcia-Vela, P.C.,
Appellant

v.

Norman **JOLLY**, Individually and d/b/a Norman Jolly, P.C. and Michael Jolly, Individually and
d/b/a Michael B. Jolly, P.C.,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-19-592
Honorable Martin Chiuminatto, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's October 2, 2021 judgment is AFFIRMED.

Costs are assessed against Martie Y. Garcia-Vela, Individually and d/b/a The Law Office of Martie Garcia-Vela, P.C.

SIGNED April 19, 2023.

Luz Elena D. Chapa, Justice